MEI HUA CHEN, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney
General, Respondent.

No. 06–60632

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 26, 2007.

Michael Anthony Brown, New York,
NY, for Petitioner.

David V. Bernal, Thomas Ward Hussey,
Director, Patricia Ellen Hurt, U.S. Depart-
ment of Justice Office of Immigration Liti-
gation, Alberto R. Gonzales, U.S. Depart-
ment of Justice, Washington, DC, E.M.
Trominski, District Director, U.S. Immi-
gration & Naturalization Service District
Directors Office, Harlingen, TX, Trey
Lund, U.S. Immigration and Customs En-
forcement Field Office Director, New Or-
leans, LA, for Respondent.

Before SMITH, WIENER, and OWEN,
Circuit Judges.

PER CURIAM: *

Petitioner Mei Hua Chen seeks review
of an order of the Board of Immigration
Appeals (BIA) that denied her motion to
reopen removal proceedings. In April
2005, an Immigration Judge (IJ) ordered
Chen removed in absentia. In March
2006, after two prior motions to reopen
had been denied, Chen filed her third mo-
tion to reopen. The BIA denied Chen's

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

third motion to reopen as numerically
barred pursuant to 8 C.F.R. § 1003.2(c)(2)
and also noted that, even if the motion
were not number barred, it would be de-
nied for failing to establish a claim of
ineffective assistance of counsel. Chen ar-
gues that the BIA erred in finding that she
had not established a claim of ineffective
assistance of counsel and that, as a result,
the BIA abused its discretion in finding
her motion numerically barred.

As Chen previously filed two other mo-
tions to reopen, her third motion to reopen
was barred by the numerical limitation set
forth in § 1003.2(c)(2), which permits only
one motion to reopen. The BIA did not
abuse its discretion in denying Chen's mo-
tion to reopen. See Lara v. Trominski,
216 F.3d 487, 496 (5th Cir.2000). Further-
more, we agree with the BIA's observation
regarding Chen's failure to establish a via-
ble claim of ineffective assistance of coun-
sel. Chen's petition for review is DE-
NIED.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.